■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MEDINA, Appellant. [689 NYS2d 396] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered February 4, 1997, convicting defendant, after a jury trial, of

criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the hearing court's credibility determinations, which are supported by the record (see, People v Prochilo, 41 NY2d 759, 761). Concur—Ellerin, P. J., Nardelli, Williams, Saxe and Friedman, JJ.